UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:05-CR-118 |
| ) | (JORDAN/GUYTON) |
| TESMONE DARIN PASCHAL, ) | |
| ) | |
| Defendant ) | |

## ORDER OF DETENTION PENDING TRIAL

The above-named defendant appeared in custody before the undersigned for an initial appearance and arraignment on November 2, 2005. Assistant United States Attorney Hugh B. Ward, Jr. was present for the government and Keith D. Stewart was present on behalf of the defendant. The defendant appeared before this Court on a writ from state custody. Accordingly, the government moved for continued detention and advised the Court that the defendant is not eligible for a hearing.

Counsel for the defendant announced that the defendant would waive the detention hearing, while reserving his right to move for a detention hearing at a later date. The defendant and his counsel executed the appropriate Waiver of Detention Hearing.

Accordingly, the defendant is committed to the custody of the Attorney General or his/her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED.**

s/ H. Bruce Guyton
UNITED STATES MAGISTRATE JUDGE